AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cr-00003-LO |
| Dotcom et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Paramount Pictures Corporation, Walt Disney Studios Motion Pictures, Twentieth Century Fox Film Corporation, Universal Studios LLC, Sony Pictures Entertainment Inc., Warner Bros. Entertainment Inc.

Date:   04/02/2012

/s/ Julie M. Carpenter
*Attorney's signature*

Julie M. Carpenter
*Printed name and bar number*

1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
*Address*

jcarpenter@jenner.com
*E-mail address*

(202) 639-6029
*Telephone number*

(202) 661-4810
*FAX number*

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 2, 2012 the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, as well as by first-class U.S. mail, postage pre-paid, upon the following:

| | |
|---|---|
| Jay V. Prabhu<br>Chief, Cybercrime Unit<br>Assistant United States Attorney<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alexandria, VA 22314 | Cindy A. Cohn<br>Legal Director and General Counsel<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br>*Counsel to Electronic Frontier Foundation* |
| Ed McNicholas<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>*Counsel to Megaupload Limited* | Christopher L. Harlow<br>SNR Denton US LLP<br>1301 K St. NW, Suite 600, East Tower<br>Washington, DC 20005<br>(202) 408-6400 Telephone<br>(202) 408-6399 Facsimile<br>charlow@snrdenton.com<br>*Counsel to Carpathia Hosting, Inc.* |
| Ira Rothken<br>Rothken Law Firm<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>*Counsel to Megaupload Limited* | Marc J. Zwillinger<br>Robert F. Huff Jr.<br>ZwillGen PLLC<br>1705 N Street, NW<br>Washington, DC 20036<br>(202) 296-3585<br>*Counsel to Carpathia Hosting, Inc.* |

Dated: April 2, 2012            By: /s/ Julie M. Carpenter
                                                  Julie M. Carpenter

                                                  JENNER & BLOCK LLP
                                                  Julie Carpenter (Virginia Bar No. 30421)
                                                  Paul M. Smith (*Pro Hac Vice to be Filed*)
                                                  1099 New York Ave., N.W.
                                                  Suite 900
                                                  Washington, DC 20001
                                                  Phone: 202-639-6000
                                                  Fax: 202-639-6066

                                                  *Attorneys for Motion Picture Association of America*